IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.B., a minor, by and through his parent and natural guardian, Ms. J.B., | : |
| Plaintiffs, | : |
| and | : Civil Action No. 2:21-cv-690 |
| J.R., a minor, by and through his parents and natural guardians, Mr. R.R. and Ms. N.R., husband and wife, and Mr. R.R. and Ms. N.R., husband and wife, in their own right, | : |
| Consolidated Plaintiffs, | : |
| v. | : |
| GREATER LATROBE SCHOOL DISTRICT, Defendant, and CARY JAMES LYDIC, an adult individual, DAVID F. GALANDO, an adult individual, R.S. a minor individual, and W.S., a minor individual, | : |
| Consolidated Defendants | : |

**DEFENDANT'S MOTION FOR RECONSIDERATION
AND/OR MOTION FOR CLARIFICATION**

Defendant, Greater Latrobe School District (hereinafter the "District"), by and through its attorneys, Andrews & Price, LLC, files the following Motion for Reconsideration and/or Motion for Clarification:

1. On September 16, 2021, the Court entered an Order (ECF No. 22) in relation to a Motion to Withdraw as Counsel and for Extension of Time to Respond (ECF No. 20) filed by Plaintiffs, J.B. and Ms. J.B.

2. Therein, the Court stayed this action for a period of forty-five (45) days.

3. The District seeks reconsideration and/or clarification of the Court's Order, insofar as the stay may impact existing filing deadlines in the consolidated lawsuit originally filed at Civil Action No. 2:21-cv-1088 by Plaintiffs, J.R., a minor, by and through his parents and natural guardians, Mr. R.R. and Ms. N.R., husband and wife, and Mr. R.R. and Ms. N.R., husband and wife, in their own right (hereinafter the "J.R. Case").

4. More specifically, the District's response to Plaintiff's Complaint in the J.R. Case is due to be filed no later than October 18, 2021.

5. Again, the District seeks clarification as to whether it is to adhere to the existing filing deadlines in the J.R. Case, or whether the filing deadlines are to be modified by the stay entered at ECF No. 22.

WHEREFORE, Defendant, Greater Latrobe School District respectfully requests that the Court reconsider and/or clarify its previous Order, consistent with the scheduling issues identified herein.

Respectfully submitted,

**ANDREWS & PRICE**

By: /s/ Joseph W. Cavrich
Joseph W. Cavrich, Esq.
P.A. I.D. No. 52693
/s/ Salvatore Bittner
Salvatore Bittner, Esq.
PA I.D. No. 322929
Firm No. 549
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA  15221
(412) 243-9700
Attorneys for the Defendant, Greater Latrobe Area School District

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

/s/ Joseph W. Cavrich
Joseph W. Cavrich